IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROBINSON,

      Plaintiff,                      No. CIV S-09-3580 KJN P

    vs.

J. WALKER, Warden, et al.,

      Defendants.            ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  While plaintiff has filed a "Notice of Motion and Motion to Proceed 28 U.S.C. § 1915," Docket No. 4, it does not contain an in forma pauperis application or affidavit.  Plaintiff will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis, or to submit the appropriate filing fee.  See 28 U.S.C. §§ 1914(a), 1915(a).

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Plaintiff shall submit, within twenty-eight days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee.  Plaintiff's failure to comply with this order will result in the dismissal of this action; and

1

1        2. The Clerk of the Court is directed to send plaintiff a new Application to

2  Proceed In Forma Pauperis By a Prisoner.

3  DATED: February 16, 2010

5                                  /s/ Kendall J. Newman
                                KENDALL J. NEWMAN

6                                  UNITED STATES MAGISTRATE JUDGE

9  robi3580.3a